No. 70–5164.  GUNSTON v. SUPERIOR COURT, COUNTY OF ALAMEDA, CALIFORNIA.  Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 70–304.  LEWIS ET AL. v. BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.; and

No. 70–343.  KELLY ET AL. v. UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, ET AL. (UNION OIL COMPANY OF CALIFORNIA, REAL PARTY IN INTEREST). Motions for leave to file petitions for writs of mandamus and/or certiorari denied.

No. 71–139.  ORMENTO v. MACMAHON, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 70–118.  SMITH ET AL. v. DISTRICT COURT OF OKLAHOMA COUNTY ET AL.  Motion for leave to file petition for writ of prohibition denied.

No. 70–69.  UNITED STATES v. ORITO.  Appeal from D. C. E. D. Wis.  Probable jurisdiction noted.

No. 70–212.  NORTHEAST AIRLINES, INC., ET AL. v. NEW HAMPSHIRE AERONAUTICS COMM'N ET AL.  Appeal from Sup. Ct. N. H.  Probable jurisdiction noted.

No. 70–161.  RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WRIGHT ET AL.; and

No. 70–5211.  WRIGHT ET AL. v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  Appeals from D. C. D. C.  Motion of appellants in No. 70–5211 for leave to proceed in forma pauperis granted.  Probable jurisdiction noted.  Cases consolidated and a total of one hour allotted for oral argument.  Reported below: 321 F. Supp. 383.